November 30, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

KELLEY STREET ASSOCIATES, LLC, Appellant

NO. 14-14-00755-CV                    V.

UNITED FIRE AND CASUALTY COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, United Fire and Casualty Company, signed June 25, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Kelley Street Associates, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.